UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEX JOSEPH DIAS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 5:13-cv-05327-EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties' most recent joint statement (Docket Item No. 55) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for December 10, 2015, is CONTINUED to **10:00 a.m. on March 17, 2016**. On or before **March 10, 2016,** the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before March 10, 2016.

**IT IS SO ORDERED.**

Dated: December 4, 2015



EDWARD J. DAVILA
United States District Judge