UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEX JOSEPH DIAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No.  5:13-cv-05327-EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

In light of the statements made in the parties' most recent joint response (Docket Item No. 58), the Order to Show Cause re: Settlement is DISCHARGED and the hearing scheduled for March 17, 2016, is VACATED.

The court schedules this action for a Trial Setting Conference at **11:00 a.m. on June 30, 2016.** The parties shall file a Joint Trial Setting Conference Statement on or before **June 20, 2016.**

**IT IS SO ORDERED.**

Dated: March 10, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge